**WILLIAM W SCHWARZER**
SENIOR UNITED STATES DISTRICT JUDGE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-4660

██████████████

April 29, 2008

RECEIVED
2008 MAY -5 A 10: 24
FINANCIAL
DISCLOSURE OFFICE

Honorable Ortrie D.Smith
Chair, Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, DC 20544

Dear Judge Smith:

This letter responds to your letter of April 16, 2008, and also amends my 2007 report as noted  The following paragraphs correspond to the paragraphs of your letter.

Part VII, page 4 line 3 column B(1): insert F; line 4 column B(1): insert (B).

Part VII, page 4 line 5 column B(2): change "none" to "distribution"

Part VII, page 4 line 14: FranklinMcKinley bonds bought 4/6/05 value code L.
page 4 line 16: Tustin bonds bought 2/7/05 value code K.
page 5 line 18: Stockton bonds bought 4/15/05 value code K.
These securities were inadvertently omitted as a result of inadequate record keeping.  This deficiency in my prior reporting has now been cured by basing my report on the annual computer printout supplied by the broker who handles all of the transactions.

pages 4-5, lines 13,19, 20, 23, 29, 32 and 34: the securities listed are various debt obligations issued by the State of California.  In all of my prior reports, they were not separately itemized and were listed collectively as California bonds without objection from the Committee.  As part of an effort to improve the quality of my reporting (and to ease the task of the Committee) I have now listed each security separately as it appears on the broker's computer printout.

Part VII page 5 line31: column (C)(2): insert "T"

**AMENDMENT TO 2007 REPORT:**

In reviewing my 2007 report in the course of preparing this letter, I note that I failed to

report non-investment income, which was listed on the 2006 report.

Part III A

1. Jan-Dec. 2007 Retirement pay U.Cal. Hastings College of Law $ 23,350
2. April and Oct. 2007 Thomson-West Royalties $ 72,460

Very truly yours,

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schwarzer, William W | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>03/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior US District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>450 Golden Gate Ave.<br>San Francisco CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE
2008 MAR 17 A 10: 41
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwarzer, William W | 03/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Money Mkt Fd | B | Dividend | L | T | | | | | |
| 2. DaineRauscher Money Mkt Fd | D | Dividend | L | T | | | | | |
| 3. Dodge & Cox IRA | | Distribution | O | T | | | | | |
| 4. U Cal Defined Benefit Plan | | Distribution | K | T | | | | | |
| 5. Harris Trust ▮▮▮ Trust | A | None | L | T | | | | | |
| 6. Wells Fargo Money Mkt | A | Interest | J | T | | | | | |
| 7. ColumbiaZ Mutual Fd | A | Dividend | M | T | | | | | |
| 8. TweedyBrownGlobal ValueMutual Fund | A | Dividend | L | T | | | | | |
| 9. CalStGO due 2/1/24 | A | Interest | | | sold | 1/23 | J | A | |
| 10. CalexicoCACommFac.Bonds | A | Interest | | | sold | 3/07 | M | A | |
| 11. BrentwoodCABonds | C | Interest | | | sold | 4/23 | L | A | |
| 12. FairfieldSuisunCABonds | B | Interest | | | sold | 5/21 | M | A | |
| 13. CalStPubWks due6/01/19 | A | Interest | | | redemption | 6/01 | K | | |
| 14. FranklinMcKinley'Ca SchoolDist Bonds | C | Interest | | | sold | 9/10 | L | A | |
| 15. RomolandCACommFacBonds due 9/1/15 | C | Interest | L | T | | | | | |
| 16. TustinCACommFac Bonds due 9/1/19 | B | Interest | K | T | | | | | |
| 17. NovatoCASchDistBonds due 8/1/21 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwarzer, William W | 03/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stockton CA Bonds due 9/01/22 | A | Interest | K | T | | | | | |
| 19. CalStUniv.Bonds due 11/01/22 | B | Interest | K | T | | | | | |
| 20. CalStAtonBondsdue 11/01/23 | A | Interest | K | T | | | | | |
| 21. SantaMariaCASchDist Bonds due 8/01/24 | C | Interest | L | T | | | | | |
| 22. UplandCACommRedev Bonds due 11/21/06 | C | Interest | L | T | | | | | |
| 23. CalStGO due 8/01/27 | B | Interest | K | T | | | | | |
| 24. SantaAnaCA SantaAnaCACmmtRedev Bonds 9/01/28 | C | Interest | L | T | | | | | |
| 25. BanningCARedev Bonds due 8/01/30 | B | Interest | K | T | bought | 5/24/ | K | | |
| 26. CalStGOdue3/01/31 | A | Interest | J | T | bought | 9/10 | J | | |
| 27. BeverlyHillsCA Bonds due 6/01/32 | C | Interest | M | T | bought | 3/07 | M | | |
| 28. CalStGO due 8/01/34 | B | Interest | L | T | bought | 9/10 | L | | |
| 29. CalStGO due 8/01/34 | C | Interest | L | T | | | | | |
| 30. CalStCommDev Bonds due 9/02/37 | C | Interest | M | T | bought | 5/21 | M | | |
| 31. CalStGO due 8/01/27 | A | Interest | K | | bouight | 8/02 | K | | |
| 32. CalStEdFacBonds due 10/01/28 | B | Interest | K | T | | | | | |
| 33. CalStGO duc3/01/29 | B | Interest | L | T | bought | 4/23 | M | | |
| 34. CalStGO due 6/01/35 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544